IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COTTRELL, MAURICE FITCH, and LEE HENRY McGREW, | : :  : |
| Plaintiffs, | : : |
| vs. | : CIVIL ACTION 08-646-CG-M : |
| SHERIFF JAMES LOVETT and CHOCTAW COUNTY COMMISSION, and SHERIFF DONALD LOLLEY, | : : : : |
| Defendants. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant Donald Lolley's Motion to Dismiss is **GRANTED** and that Defendant Donald Lolley is hereby **DISMISSED** from this action.

**DONE and ORDERED** this 2nd day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE