IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT COTRELL, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 08-0646-CG-M |
| | ) |
| **SHERIFF JAMES LOVETTE, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon due consideration of the Motion to Withdraw as Attorney of Record, Notice of Attorney Lien, and Stay of Attorney Robert J. Camp of the Cochran Firm, P.C. (Doc. 40), and defense counsel having advised the court that defendants do not object to said motion, the motions are hereby **GRANTED**.[1]

**On or before October 28, 2009**, the plaintiffs are **ORDERED,** to have new counsel appear on their behalf, or advise the court in the form of written pleadings as set out in Local Rule 5.1 that they wish to proceed without counsel.  Plaintiffs' failure to respond to this order will result in dismissal of this action with prejudice for failure to prosecute.  The clerk is directed to send a copy of this order by certified mail, return receipt to the plaintiffs at the address provided in the motion to withdraw.

**DONE and ORDERED** this 28th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Notice of Attorney Lien is hereby noted.