IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT COTTRELL, MAURICE FITCH, and LEE HENRY MCGREW, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 08-0646-CG-M |
| SHERIFF JAMES LOVETTE, and CHOCTAW COUNTY COMMISSION, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the court's memorandum opinion and order entered on February 2, 2010 (Doc. 76), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendants, Sheriff James Lovette and Choctaw County Commission, and against plaintiffs, Robert Cottrell, Maurice Fitch and Lee Henry McGrew. Therefore, all plaintiff's' claims against the defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiffs.

Sheriff James Lovette and Choctaw County Commission having settled their counterclaims with counter-defendants Robert Cottrell and Maurice Fitch, said counterclaims against Robet Cottrell and Mauice Fitch are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 21st day of June, 2010.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE