**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LEE HENRY McGREW,** | ) |
| Plaintiff/ Counter-Defendant, | ) |
| vs. | ) CIVIL ACTION NO. 08-0646-CG-M |
| **CHOCTAW COUNTY COMMISSION,** | ) |
| Defendant/Counter-Plaintiff. | ) |

## DEFAULT JUDGMENT

In accordance with the court's order entered this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that default judgment is entered against counter-defendant **Lee Henry McGrew** and in favor of counter-plaintiff **Choctaw County Commission** in the amount of **$20,902.77, plus attorneys fees and costs**.

**DONE and ORDERED** this 21st day of June, 2010.

                                        /s/ Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE